UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 14-cr-00218(02) |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LINDA G. BROWN | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

For the reasons assigned in the Report and Recommendation on Competency of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Court hereby adopts the following factual findings as contained in the Magistrate Judge's Report and Recommendation (Record Document 181): Linda Brown is competent to be sentenced; she has a rational and factual understanding of the proceedings against her; she can assist her lawyer at her sentencing; she has a basic understanding of the charge to which she pleaded guilty, as well as her role in the conspiracy; she understands the role of the individuals in the court proceedings; and she understands that she may be sent to prison.

**IT IS FURTHER ORDERED** that sentencing in the above-captioned matter is set for March 15, 2017, at 10:30 AM. Before competency questions arose in this matter, the Presentence Investigation Report had already been completed, and Defendant Linda Brown

had already objected to portions of the report. An addendum addressing the objections has been completed by the United States Probation Office. The matter appears ripe for sentencing.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 7th day of March, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE